348

FREEMAN *v.* DOUGLAS.

ATKINSON, Presiding Justice. The court did not err in failing to charge upon the subject of undue influence. *Boland* v. *Aycock,* 191 *Ga.* 327 (12 S. E. 2d, 319).

*Judgment affirmed. All the Justices concur.*

No. 16626. MAY 12, 1949.

*Swift Tyler* and *Marvin O'Neal Jr.,* for plaintiff in error.
*Mitchell & Mitchell,* contra.